**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

DAVID LEE DENSON,

    *Petitioner*,

vs.

WARDEN, Belmont Correctional
Institution,

    *Respondent*.

Case No. 1:24-cv-434

Judge Jeffery P. Hopkins
Magistrate Judge Michael R. Merz

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety.

Accordingly, it is hereby **ORDERED** that the Petition be **DISMISSED** with prejudice for failure to state a claim for relief. Petitioner is **DENIED** any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

    **IT IS SO ORDERED.**

Dated: February 12, 2026

Hon. Jeffery P. Hopkins
United States District Judge